# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY J. BRYANT,<br><br>    Plaintiff,<br><br>    v.<br><br>SELECT SERVICES PORTFOLIO, et al.,<br><br>    Defendants. | Case No. 1:17-cv-01219-DAD-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES<br><br>(ECF No. 2)<br><br>TWENTY DAY DEADLINE |

Plaintiff Mary Bryant, proceeding pro se, filed this action on September 11, 2017. (ECF No. 1.) Along with her complaint, Plaintiff filed an application to proceed in this action without prepayment of fees. Upon review of the application, Plaintiff states that she receives wages of $320.00 but does not indicate whether this is weekly, monthly, etc. Further, Plaintiff indicated that she also receives pension, annuity, or life insurance payments but did not indicate the amount received. Plaintiff also failed to answer the question whether she has any case in a checking or savings account. Therefore, the Court is unable to determine if Plaintiff is entitled to proceed without prepayment of fees in this action.

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

1

Based upon the foregoing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

2. Within **twenty (20) days** of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

3. If Plaintiff fails to comply with this order, the Court shall recommend that this action be dismissed.

IT IS SO ORDERED.

Dated: **September 14, 2017**

UNITED STATES MAGISTRATE JUDGE