# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY J. BRYANT,<br><br>    Plaintiff,<br><br>    v.<br><br>SELECT SERVICES PORTFOLIO, et al.,<br><br>    Defendants. | Case No. 1:17-cv-01219-DAD-SAB<br><br>ORDER RE PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS |

Plaintiff Mary Bryant, proceeding pro se, filed this action on September 11, 2017. (ECF No. 1.) On October 11, 2017, this action was dismissed as duplicative of <u>Bryant v. Wells Fargo</u>, No. 1:16-cv-01628-AWI-MJS. (ECF Nos. 4, 5.)

The Court is in receipt of Plaintiff's notice of change of address, in which Plaintiff requests that her address not be made public. The Court has considered Plaintiff's request and finds that it is not supported by good cause. Accordingly, the Court DIRECTS the Clerk's Office to file Plaintiff's notice of change of address, update her address information on the docket, and RE-SERVE docket numbers 4 and 5 at this updated address.

IT IS SO ORDERED.

Dated: __November 8, 2017__

UNITED STATES MAGISTRATE JUDGE

1